**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| WASTE CONNECTIONS OF NORTH CAROLINA, INC., | ) ) ) | |
| Plaintiff/Counterclaim Defendant, | ) ) | Case No. 3:14-cv-00642 |
| v. | ) ) | |
| K. R. DRENTH TRUCKING, INC., d/b/a KRD Trucking, | ) ) ) | |
| Defendant, Counterclaimant. | ) | |

<u>**ORDER GRANTING MOTION TO SEAL**</u>

**THIS MATTER** is before the Court on Defendant/Counterclaimant K. R. Drenth Trucking, Inc., d/b/a KRD Trucking ("KRD")'s Motion to Seal (Doc. No. 11). Defendant requests, pursuant to Local Rule LCvR 6.1, leave to file under seal a brief in support of the *Motion for Determination Regarding the Waiver of Privilege for Documents Produced by Plaintiff* filed by KRD, and the Court, having considered said motion and being duly advised, now finds that said request should be granted. Specifically, the Court finds that there are no practical alternatives to sealing given that the motion concerns whether certain materials are protected by the attorney-client and/or work-product privileges. Therefore,

IT IS HEREBY ORDERED that KRD be and hereby is granted leave to file under seal any brief or reply brief that KRD files in support of the Motion. The Court will reassess whether these filings should remain under seal once it has had an opportunity to rule on the merits of the motion.

**SO ORDERED.**

Signed: May 4, 2015

Graham C. Mullen
United States District Judge