# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:14-CV-00642-GCM

| | |
|---|---|
| WASTE CONNECTIONS OF NORTH CAROLINA, INC., ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| K.R. DRENTH TRUCKING, INC., ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on Magistrate Judge David C. Keesler's Report on a Judicial Settlement conducted with the parties on March 2, 2016. Judge Keelser indicated that the most significant impediment to settlement was the parties' disagreement as to whether a particular contract provision was an unenforceable penalty. Accordingly, this Court will order the parties to submit simultaneous briefing on this issue. **IT IS THEREFORE ORDERED** that the parties submit memoranda to this Court setting out their positions on the disputed contract provision. The parties are further ordered to file their memoranda no later than April 4, 2016.

**SO ORDERED.**

Signed: March 3, 2016

Graham C. Mullen
United States District Judge